UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GUY McEACHIN,

                Plaintiff,

                                                No. 9:04-CV-0083
      v.                                        (FJS/RFT)

DONALD SELSKY; JEFF MINNERLY,
VIRGINIA ANDROSKO; and
PORTEN, Corrections Officer,

                Defendants.

---

APPEARANCES:                                OF COUNSEL:

GUY McEACHIN
171 Linden Blvd., #1B
Brooklyn, New York 11226
Plaintiff *pro se*

**FOR DEFENDANTS**:

HON. ANDREW M. CUOMO                GARY M. LEVINE, ESQ.
Attorney General of the State of New York   Assistant Attorney General
Attorney for Defendants
144 Exchange Boulevard
Suite 200
Rochester, New York   14614

**FREDERICK J. SCULLIN, JR., S.J.:**

## ORDER

    Currently before the Court is Magistrate Judge Randolph F. Treece's Report-

Recommendation and Order filed March 30, 2010, to which the parties have filed no objections. On April 12, 2010, this Court granted Plaintiff's request to extend his deadline to submit objections to Magistrate Judge Treece's Report-Recommendation and Order to June 14, 2010. Thereafter, Plaintiff filed no objections to said Report-Recommendation and Order. Accordingly, having reviewed that Report-Recommendation and Order and the entire file in this matter, the Court hereby

**ORDERS** that Magistrate Judge Treece's March 30, 2010 Report-Recommendation and Order is **ACCEPTED IN ITS ENTIRETY** for the reasons stated therein; and the Court further

**ORDERS** Defendants' motion for summary judgment is **GRANTED** and the entire complaint is **DISMISSED;** and the Court further

**ORDERS** the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

 **IT IS SO ORDERED**.

DATED: August 17, 2010
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge